# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2594 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 56 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 62438 |
| | : | |
| EDWARD W. MILLSTEIN, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of July, 2020, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Edward W. Millstein is suspended on consent from the Bar of this Commonwealth for a period of thirty months, retroactive to May 1, 2019. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board.  *See* Pa.R.D.E. 208(g).